LINDSAY F. OSTERHOUT, PABN 202275
Osterhout Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Ph: 412-794-8003
Fx: 412-794-8050
lindsay@mydisabilityattorney.com
Pro Hac Vice Admitted

DAVID J. OTTO NVBN 5449
2300 West Sahara, Suite 800
Las Vegas, NV 89102
Ph: 702-379-6540
Fx: 702-629-7029
Davidottolaw@yahoo.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone:  415-977-8957
Fax:  415-744-0134
Roya.Massoumi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET LOUISE SIMPSON, | ) |
| Plaintiff, | ) Case No. 2:16-cv-01074-APG-GWF |
| v. | ) **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) **(Second Extension Request)** |

Plaintiff Margaret Louise Simpson (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), stipulate, with the approval of this Court, to an extension of time to file Defendant's Notice Of Voluntary Remand Of The Case or Cross-Motion To Affirm by thirty days from the current deadline of November17, 2016 to **December 19, 2016**, with all other dates in this Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Defendant's second request for an extension.

Good cause exists to grant Defendant's request for extension. Defendant respectfully requests additional time to adequately review the record, assess and evaluate Plaintiff's arguments. Good cause also exists because counsel for Defendant (Counsel) is currently on scheduled leave from November 10, 2016 through November 14, 2016. Counsel needs additional time to complete the agency review's process for new attorneys, which requires additional levels of review. Consequently, Defendant respectfully requests additional time to properly respond to the issues Plaintiff raised in her Motion.

///

///

///

Defendant makes this request in good faith with no intention to unduly delay the proceedings. Plaintiff has no objection and has stipulated to the requested relief.

Respectfully submitted,

Date:   November 10, 2016

By:   */s/\*Lindsay Osterhout*
LINDSAY OSTERHOUT
*by email authorization on 11/9/16
Attorney for Plaintiff

Date:   November 10, 2016

DANIEL G. BOGDEN
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney

By:   */s/ Roya Massoumi*
ROYA MASSOUMI
Special Assistant United States Attorney

Of Counsel:
TINA L. NAICKER
Assistant Regional Counsel
Attorneys for Defendant

**IT IS SO ORDERED.**

DATE:   November 14, 2016

THE HONORABLE GEORGE W. FOLEY
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, ROYA MASSOUMI, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM (Second Extension Request)** on the date and via the method of service identified below:

**CM/ECF:**

David J. Otto, Esq.
2300 West Sahara, Suite 800
Las Vegas, NV 89102

Lindsay F. Osterhout, Esq.
Osterhout Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139

Attorneys for Plaintiff
MARGARET LOUISE SIMPSON

Respectfully submitted this 10th day of November 2016,

  /s/ Roya Massoumi
ROYA MASSOUMI
Special Assistant United States Attorney

- 4 -