# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARET LOUISE SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 2:16-CV-01074-APG-GWF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION, DENYING MOTION TO AFFIRM, AND GRANTING MOTION TO REMAND**<br><br>(ECF Nos. 15, 25, 28) |

On December 12, 2017, Magistrate Judge Foley entered a report and recommendation recommending that plaintiff Margaret Louise Simpson's motion to remand to the Social Security Administration be granted and that the defendant's motion to affirm be denied. ECF No. 28.

No one filed an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Foley's report and recommendation **(ECF No. 28) is accepted**, defendant's motion to affirm **(ECF No. 25) is DENIED**, plaintiff's motion to remand **(ECF No. 15) is GRANTED**, and this matter is remanded to the Social Security Administration for further proceedings consistent with Magistrate Judge Foley's report and recommendation.

DATED this 5th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE