# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Margaret Louise Simpson

                Plaintiff,

v.

Carolyn W. Colvin

                Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number:  2:16-cv-01074-APG-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Margaret Louise Simpson is awarded $4,100.00 in attorney's fees and $400.00 in costs to be paid separately from the Judgment Fund.

| | |
|---|---|
| April 6, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |