# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Margaret Louise Simpson

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL ACTION**

Plaintiff,

v.

Case Number: 2:16-cv-01074-APG-GWF

Carolyn W. Colvin

Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Margaret Simpson's attorneys, the Law Offices of Osterhout Disability Law, LLC, are awarded attorneys fees under 42 U.S.C. § 406(b) in the amount of $27,009.50.

8/7/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk