# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET LOUISE SIMPSON, | ) Case No. 2:16-cv-01074-APG-GWF |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING THE PARTIES JOINT MOTION TO AMEND ORDER GRANTING ATTORNEY FEES PURSUANT TO FED. R. CIV. P. 60(B).** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

# ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the parties Joint Motion to Amend the Order Granting Attorneys Fees Pursuant to Federal Rule of Civil Procedure 60(b) is hereby GRANTED.  IT IS ORDERED that the Commissioner shall pay Plaintiff's counsel the sum of $24,155.50 out of the withheld past due benefits for attorney fees pursuant to 42 U.S.C. § 406(b). Upon payment, Plaintiff's counsel shall refund to Plaintiff the previously paid EAJA fee of $4,100.00.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 22, 2020.

# CERTIFICATE OF SERVICE

I, Tina L. Naicker, certify that the following individual was served with **[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND ORDER GRANTING ATTORNEY FEES PURSUANT FED. R. CIV. P. 60(B)** on the date and via the method of service identified below:

**CM/ECF:**

Lindsay F. Osterhout
Osterhout Disability Law, LLC
521 Cedar Way, Ste. 200
Oakmont, PA 15139
412-794-8003
Fax: 412-794-8050
Email: Lindsay@mydisabilityattorney.com


David J. Otto
David Otto & Affiliates, PC
2300 West Sahara Suite 800
Las Vegas, NV 89102
702-379-6540
Fax: 702-400-0001
Email: davidottolaw@yahoo.com
Attorneys for Plaintiff


Dated this 21st day of July 2020.

/s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney