AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Margaret Louise Simpson

               Plaintiff,

v.

Carolyn W. Colvin

               Defendant.

**AMENDED JUDGMENT FOR ATTORNEY FEES IN A CIVIL ACTION**

Case Number: 2:16-cv-01074-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Commissioner shall pay Plaintiff's counsel the sum of $24,155.50 out of the withheld past due benefits for attorney fees pursuant to 42 U.S.C. § 406(b). Upon payment, Plaintiff's counsel shall refund to Plaintiff the previously paid EAJA fee of $4,100.00.

7/22/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Smith
Deputy Clerk